UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61559-CIV-SINGHAL/VALLE

DEJAN J. BOTHA, and other similarly
situated individuals,

    Plaintiff,

v.

REPAIR FLORIDA NOW, INC. and
SHAWN S. ROSSBACH,

    Defendants.
_____/

### ORDER ON MOTION TO APPROVE REVISED SETTLEMENT AGREEMENT

**THIS CAUSE** is before the Court on the parties' November 4, 2021 Revised Confidential Settlement Agreement and Release ("the Revised Settlement") that was emailed to the Court for *in camera* review. In the Revised Settlement, the parties clarify—with specific dollar figures—that Plaintiff's own time records reflect that the unpaid wages he sought in the Statement of Claim (DE [7]) were overstated. The parties have not revised the total amount of the settlement from the first agreement that the Court did not approve. *See* (DE [19]). Nevertheless, in light of the parties' more detailed explanation, including the amount of time Plaintiff's counsel spent on this case and the hourly rate, the Court finds that the Revised Settlement reflects "a fair and reasonable res[o]lution of a bona fide dispute over FLSA provisions" based on the parties' claims and defenses. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Court **APPROVES** the parties' Revised Confidential Settlement Agreement and Release that was emailed to the Court on November 4, 2021.

2. This action is **DISMISSED WITH PREJUDICE.** The Court retains jurisdiction to enforce the terms of the Revised Settlement.

3. The Clerk of Court is directed to **CLOSE** the case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of November 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF